■ In the Matter of VALERIA PHILLIPS, Appellant, v STATE OF NEW YORK OFFICE OF MENTAL HEALTH et al., Respondents. [658 NYS2d 960] —Appeal by the petitioner from a judgment of the Supreme Court, Queens County (LeVine, J.), dated May 6, 1996.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice LeVine at the Supreme Court. O'Brien, J. P., Goldstein, McGinity and Luciano, JJ., concur.